PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Bruce Wells                                        Docket No. **03-732-01**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Bruce Wells**, who was placed under pretrial release supervision by the **Honorable Ronald J. Hedges** sitting in the Court at 50 Walnut St Newark, NJ, on 12/12/03, under the following conditions:

1.) The defendant's girlfriend, Monique Stevenson, to serve as third party custodian.
2.) Twenty-four hour house arrest with electronic monitoring with the exception of court appearances, attorney visits, medical emergencies and as approved by Pretrial Services
3.) Drug testing and treatment.
4.) Resolve outstanding warrant. (Warrant vacated on 3/22/04)
5.) Travel restricted to New Jersey.

Respectfully presenting petition for action of Court and for cause as follows:

On September 14, 2005 and October 4, 2005 the defendant submitted urine samples which tested positive for morphine. On October 4, 2005 the defendant made an admission of drug use to the fact that he has been using heroin. The defendant signed an admission of drug use form admitting the use of heroin on September 16, 2005 and October 2, 2005. In addition, since being placed on house arrest, there have been numerous occasions where the defendant has failed to return home at the curfew time designated by Pretrial Services.

PRAYING THAT THE COURT WILL ORDER **A bail violation hearing be scheduled**

Thursday, Oct 18, 2005 at 11:00 a.m.

ORDER OF COURT

Considered and ordered this 5th day of October, 2005 and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linaris
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2005

_____
William Sobchik
U.S. Pretrial Services Officer