PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Bruce Wells  **Docket Number:** 03-00732-001

**Name of Sentencing Judicial Officer:** HONORABLE JOSE L. LINARES

**Date of Original Sentence:** 05/04/2006

**Original Offense:** Conspiracy to Distribute Narcotics

**Original Sentence:** 12 months imprisonment; 36 months supervised release.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 05/04/06

Assistant U.S. Attorney: Phil Degman, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

Defense Attorney: Michael Armstrong, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102 (973) 645-6347

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
--- | ---
1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'
 | a.) The offender has failed to report to the probation office on March 18, 2008, April 8, 2008, April 22, 2008 and anytime thereafter.
 | b.) The offender has failed to submit monthly supervision reports since December 2007.

2      The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay a fine in the amount of $3000; it shall be paid in the following manner: $80 per month.**

Since his release date, the offender has been employed full time, but has nonetheless failed to make any payments toward his $3,000 court ordered fine.

3      The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

a) The offender failed to attend drug treatment and methadone maintenance at Khaleidoscope Healthcare Inc. between February 28, and March 3, 2008, and on March 5, 2008, March 6, 2008, and any time thereafter.

b) As a result of drug use, the offender was placed on code-a-phone, a random drug testing program. The offender failed to report for drug testing on February 4, 2008, February 5, 2008, February 21, 2008 or any time thereafter.

c) The offender reverted to drug use as evidenced by a drug admission form signed by the offender on October 23, 2007, wherein he admitted heroin use on October 19, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 07/08/08

---

THE COURT ORDERS:
[✓] The Issuance of a Summons. Date of Hearing:
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

Date   July 17, 2008