PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Bruce Wells

**Docket Number:** 03-00732-001
**PACTS Number:** 34635

**Name of Sentencing Judicial Officer:** HONORABLE Jose L. Linares

**Date of Original Sentence:** 05/04/2006
**Original Offense:** CONSPIRACY TO DISTRIBUTE NARCOTICS
**Current Sentence:** 12 Month imprisonment; 3 Year supervised release.

**Date of Current Sentence:** 01/08/2009
**Current Offense:** Violation of Supervised Release
**Current Sentence:** 8 months imprisonment; 12 months supervised release.

**Type of Supervision:** supervised release

**Date Supervision Commenced:** 04/22/09

**Assistant U.S. Attorney:** Phil Degman, 970 Broad Street, Room 502, Newark, New Jersey 07102  (973) 645-2700

**Defense Attorney**: Michael Armstrong, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102  (973) 645-6347

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'<br><br>a.) The offender has failed to report to the probation office on June 30, July 8, July 14, or anytime thereafter.<br><br>b.) The offender has failed to submit monthly supervision reports since his release. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit** |

to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

a.) The offender failed to attend drug treatment at the Jersey City Medical Center on June 17, June 19, June 22, 2009, or anytime thereafter.

b.) The offender failed to report to code-a-phone (random urine testing) on June 5, June 23, July 13, July 17, 2009, or anytime thereafter.

3  The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of any change of residence or employment."**

The offender moved from his last known address in June 2009, and has not provided the probation officer with his new address.

4  **The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.'**

On July 17, 2009 the offender was arrested in Jersey City, New Jersey and charged with possession, manufacturing, distributing and dispensing CDS, possession of CDS within 500 feet of school property, and tampering with physical evidence. These charges remain pending at the Hudson County Superior Court.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas

Senior U.S. Probation Officer
Date:

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer
Date: 9/8/09